UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI CA LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIAUTOUSA FINANCIAL COMPANY LLC, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:20-cv-2352-MMA-AHG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

      This matter comes before the Court pursuant to an emailed request to chambers for Court intervention in a discovery dispute concerning Defendants' purported failure to respond to Plaintiff's requests for production of documents and defense counsel's non-responsiveness to Plaintiff's counsel's meet-and-confer efforts on the issue.

      The Court will hold a telephonic Discovery Conference on this dispute on **November 8, 2021** at **1:00 p.m.** before Magistrate Judge Allison H. Goddard. Counsel must call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to join the conference.

      **IT IS SO ORDERED.**

Dated:  November 5, 2021

                                              _____
                                              Honorable Allison H. Goddard
                                              United States Magistrate Judge