UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI CA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIAUTOUSA FINANCIAL COMPANY LLC, *et al.*,<br><br>  Defendants. | Case No.:  3:20-cv-2352-MMA-AHG<br><br>**ORDER SETTING FOLLOW-UP TELEPHONIC DISCOVERY CONFERENCE** |

The Court held a telephonic Discovery Conference on November 8, 2021 to address a discovery dispute concerning Defendants' purported failure to respond to Plaintiff's requests for production of documents. ECF No. 17.

As discussed during the conference, the Court will follow up with counsel in a second telephonic Discovery Conference on **November 15, 2021** at **11:00 a.m.** before Magistrate Judge Allison H. Goddard. Counsel must call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to join the conference.

Counsel for the parties are **ORDERED** to continue meeting and conferring in the interim to formulate a plan for Defendants' production of ESI, including by discussing search terms, custodians, and an appropriate timeframe to narrow the scope of the production.

**IT IS SO ORDERED.**

Dated: November 8, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge