UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI CA LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIAUTOUSA FINANCIAL COMPANY LLC, *et al.*,<br><br>                              Defendants. | Case No.:  3:20-cv-2352-MMA-AHG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On November 15, 2021, the Court held a follow-up telephonic Discovery Conference to discuss the status of Defendants' document production and the parties' plan for Defendants' production of ESI. ECF No. 19. During the conference, counsel provided the required update and further informed the Court that the parties may need additional time to complete depositions after the current December 10, 2021 fact discovery cutoff.

As discussed during the conference, the Court will follow up with counsel in a third telephonic Discovery Conference on **December 6, 2021** at **2:30 p.m.** before Magistrate Judge Allison H. Goddard to obtain an update on the status of production and depositions. Counsel must call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to join the conference.

Prior to the call, counsel for the parties are **ORDERED** to contact the Court at efile_goddard@casd.uscourts.gov no later than **December 3, 2021** with an update on the status of production and depositions, as well as the parties' positions regarding extension of the fact discovery cutoff.

**IT IS SO ORDERED.**

Dated:  November 15, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge