UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI CA LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIAUTOUSA FINANCIAL COMPANY LLC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-2352-MMA-AHG<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE VIA VIDEOCONFERENCE AND ISSUING UPDATED PROCEDURES** |

On May 27, 2021, the Court scheduled the Mandatory Settlement Conference ("MSC") in this matter for **May 18, 2022 at 9:30 a.m.** ECF No. 10 at 4. The Order scheduling the MSC incorporated by reference the Court's existing requirement of personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation at the conference. *Id.*; AHG.MSC.R. at ¶ 3; *see also* ECF No. 10 at 4 (noting that the MSC would occur "*in the chambers of* Magistrate Judge Allison H. Goddard") (emphasis added). However, due to the current COVID-19 public emergency,[1] and upon due consideration, the Court hereby **MODIFIES** the in-person MSC to be via **videoconference** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. The Court will use its official Zoom video conferencing account to hold the Settlement Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement

---

[1] On March 2, 2021, Chief Judge Dana M. Sabraw issued an Order in response to the COVID-19 public emergency ("CJO #62") which, among other things, suspends the requirement under Civil Local Rules 16.3(a) and 16.3(b) that MSCs be conducted in person. *See* CJO #62 at 1. CJO #62 is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Chief%20Judge%20Order%2062%20-%20Civil%20Case%20Proceedings%20During%20the%20Covid-19%20Public%20Emergency.pdf. The suspension of the requirements under Civil Local Rules 16.3(a) and 16.3(b) that MSCs be conducted in person is also reiterated by CJO #62-B, filed on June 11, 2021. CJO #62-B is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Chief%20Judge%20Order%2062-B.pdf.

[2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

Conference.[3] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the Settlement Conference, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the Settlement Conference to ensure that the conference begins promptly.

4. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **May 9, 2022**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for

---

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

3

insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An **e-mail address for each participant** to receive the Zoom video conference invitation;

    c.    A **telephone number where each participant** may be reached; and

    d.    A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

6.    All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

7.    Counsel are advised that although the Settlement Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., counsel must dress in appropriate courtroom attire.

8.    All dates, deadlines,[5] procedures, and requirements set forth in the Court's Scheduling Order setting the MSC (ECF No. 10) **remain in place**, except as explicitly modified by this order.

---

[5] For the parties' convenience, the Court repeats the pertinent deadlines here. The parties should note that some of these deadlines have already passed:

    1.    Plaintiff was required to serve on Defendant a **written** settlement proposal, including a specific demand amount, no later than **April 27, 2022**. The defendant was required to respond to the plaintiff **in writing** with a specific offer amount prior to the Meet

**IT IS SO ORDERED.**

Dated: May 6, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

and Confer discussion. Counsel for the parties were required to meet and confer in person, via videoconference, or by phone no later than **May 4, 2022**.

2. Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **May 9, 2022**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules (located on the court website at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf).

4. Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **May 9, 2022**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules.

5. **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**